(V. D. 22)

PARAMOUNT IMPORT & EXPORT CO. *v.* UNITED STATES

Entry No. 787879.

(Decided February 8, 1956)

*Barnes, Richardson & Colburn* (*Edward N. Glad* of counsel) for the plaintiff.
*Warren E. Burger,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This is a proceeding which arose by reason of a judgment rendered by the first division of this court in the case of *Paramount Import & Export Co. et al.* v. *United States,* 33 Cust. Ct. 409, Abstract 58473. By that judgment, under the terms of the statute (28 U. S. C. § 2636 (d)), the matters were remanded to a single judge to "determine the proper dutiable value of the merchandise." The proceeding before me, insofar as protest 211069–K is concerned, has been abandoned by counsel for the plaintiff. It is therefore dismissed.

Judgment will be entered accordingly.